**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-cv-61758-ALTMAN**

**DANIEL CUERVO GONZALEZ**,

*Petitioner*,

*v.*

**U.S. DEPARTMENT OF**
**HOMELAND SECURITY**, *et al.*,

*Respondents*.
_________________________________/

## ORDER TRANSFERRING CASE

Our Petitioner, Daniel Cuervo Gonzalez, filed a petition for writ of habeas corpus ("Petition") [ECF No. 1] under 28 U.S.C. § 2241. But, on June 30, 2026, Gonzalez filed a Notice of Change in Address [ECF No. 9], advising that he's been transferred to "El Paso Processing Center"—an immigration facility at 8915 Montana Avenue, El Paso, Texas, 79925. *See id.* at 1. We therefore ordered Gonzalez and the Respondents to show cause "whether transfer of this case to the Western District of Texas is now appropriate." Order to Show Cause, [ECF No. 12] at 1; *see also* 28 U.S.C. § 124(d), (d)(3) ("The Western District comprises seven divisions. . . . The El Paso Division comprises the County of El Paso[.]"). In his response, Gonzalez concedes "that transfer of [his] case to the Western District of Texas is appropriate." Petitioner's Response to Order to Show Cause [ECF No. 15] at 2. The Respondents agree that transfer "is permissible." Respondents' Response to Order to Show Cause [ECF No. 14] at 2.

We agree with the parties. *Cf. Gardner v. United States*, 2023 WL 9316848, at *2 (N.D. Fla. Oct. 25, 2023) ( "[C]ourts have recognized that, where a [28 U.S.C.] § 2241 petitioner has been redesignated to a prison facility in another jurisdiction, a court may transfer the petition to the jurisdiction in which

the petitioner is being held."), *report and recommendation adopted*, 2024 WL 200899 (N.D. Fla. Jan. 18, 2024). Because the Western District of Texas may find Gonzalez's claims meritorious, and since an appropriate respondent exists in that District, transfer serves the "interests of justice." 28 U.S.C. § 1406(a)

We therefore **ORDER AND ADJUDGE** that:

1. The Clerk of Court shall **TRANSFER** this case to the United States District Court for the Western District of Texas, El Paso Division. *See* 28 U.S.C. § 124(d)(3).

2. All pending motions are **DENIED as moot**.

3. The Clerk shall **CLOSE** this case.

**DONE AND ORDERED** in the Southern District of Florida on July 27, 2026.



**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc: Daniel Cuervo Gonzalez, *pro se*

Noticing 2241/Bivens US Attorney
Email: usafls-2255@usdoj.gov

Noticing INS Attorney
Email: usafls-immigration@usdoj.gov

Lair A. Hall , II
Email: lair.hall@usdoj.gov